Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>CHERALYN VELTRI,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 09-23766 WTT<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1.    The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2.    The following creditors were to have received a 04.24% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 3 | Mountain West Anesthesia<br>P.O. Box 3570<br>Salt Lake City, UT 84110 | $3.61 |

3.    A check in the amount of $3.61 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this _23_ day of June, 2010.

Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the _23rd_ day of June, 2010, I served the foregoing Deposit of

Funds for Small Claims upon the following party in interest by depositing a copy thereof in

the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111